**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6920

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JOHN DOE,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Dever III, District Judge. (7:95-cr-00076-D-1)

Submitted: February 22, 2024　　　　　　　　Decided: February 27, 2024

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

John Doe, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Doe seeks to appeal the district court's order denying his motion to recuse. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Doe seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See In re Va. Elec. & Power Co.*, 539 F.2d 357, 364 (4th Cir. 1976). Accordingly, we dismiss the appeal for lack of jurisdiction. We grant Doe's motion to seal to the extent he seek to proceed by pseudonym, but we deny his request to seal the entire case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2